UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TASHUN BOWDEN-LEWIS, | : | CIVIL ACTION NO. 3:24cv01126(MPS) |
| *Plaintiff* | : | |
| v. | : | |
| | : | |
| THE HONORABLE RICHARD N. PALMER, CHAIRPERSON OF THE CONNECTICUT PUBLIC DEFENDER SERVICES COMMISSION, IN HIS OFFICIAL and INDIVIDUAL CAPACITY, HONORABLE SHEILA M. PRATS, MEMBER OF THE CONNECTICUT PUBLIC DEFENDER SERVICES COMMISSION, IN HER OFFICIAL and INDIVIDUAL CAPACITY, HONORABLE ELLIOT N. SOLOMON MEMBER OF THE CONNECTICUT PUBLIC DEFENDER SERVICES COMMISSION, IN HIS OFFICIAL and INDIVIDUAL CAPACITY, HONORABLE RUSSELL MORIN, MEMBER OF THE CONNECTICUT PUBLIC DEFENDER SERVICES COMMISSION, IN HER OFFICIAL and INDIVIDUAL CAPACITY, MICHAEL JEFFERSON, ESQ., MEMBER OF THE CONNECTICUT PUBLIC DEFENDER SERVICES COMMISSION, IN HER OFFICIAL and INDIVIDUAL CAPACITY, HERMAN WOODARD, ESQ., MEMBER OF THE CONNECTICUT PUBLIC DEFENDER SERVICES COMMISSION, IN HER OFFICIAL and INDIVIDUAL CAPACITY, | : | |
| *Defendants* | : | July 24, 2024 |

**MOTION FOR SECURITY FOR COSTS**

Pursuant to Rule 83.3(a) of the Local Rules of Civil Procedure, the Defendants Honorable Richard N. Palmer, Hon. Sheila M. Prats, Hon. Elliot N. Solomon, Hon. Russell Morin, Michael Jefferson, Esq., Herman Woodard, Esq., (*in their Official and Individual capacities*), move for an Order requiring the Plaintiff, TaShun Bowden-Lewis, to post a bond as security for costs in the amount of five hundred ($500.00) dollars.

1

                        DEFENDANT

THE HONORABLE RICHARD N. PALMER, CHAIRPERSON OF THE CONNECTICUT PUBLIC DEFENDER SERVICES COMMISSION, IN HIS OFFICIAL and INDIVIDUAL CAPACITY, HONORABLE SHEILA M. PRATS, MEMBER OF THE CONNECTICUT PUBLIC DEFENDER SERVICES COMMISSION, IN HER OFFICIAL and INDIVIDUAL CAPACITY, HONORABLE ELLIOT N. SOLOMON MEMBER OF THE CONNECTICUT PUBLIC DEFENDER SERVICES COMMISSION, IN HIS OFFICIAL and INDIVIDUAL CAPACITY, HONORABLE RUSSELL MORIN, MEMBER OF THE CONNECTICUT PUBLIC DEFENDER SERVICES COMMISSION, IN HER OFFICIAL and INDIVIDUAL CAPACITY, MICHAEL JEFFERSON, ESQ., MEMBER OF THE CONNECTICUT PUBLIC DEFENDER SERVICES COMMISSION, IN HER OFFICIAL and INDIVIDUAL CAPACITY, HERMAN WOODARD, ESQ., MEMBER OF THE CONNECTICUT PUBLIC DEFENDER SERVICES COMMISSION, IN HER OFFICIAL and INDIVIDUAL CAPACITY,

                        WILLIAM TONG
                        ATTORNEY GENERAL

By:   /s/ *Colleen B. Valentine*
       Colleen B. Valentine
       Assistant Attorney General
       Employment Section
       165 Capitol Avenue, Suite 5000
       Hartford, CT 06106
       Tel:  (860) 808-5340
       Fax: (860) 808-5383
       E-mail: Colleen.Valentine@ct.gov
       Federal Bar # ct28932

## CERTIFICATION

I hereby certify that on July 24, 2024, a copy of the foregoing was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Colleen B. Valentine*
Colleen B. Valentine (# ct28932)
Assistant Attorney General