UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TASHUN BOWDEN-LEWIS, | : | CIVIL ACTION NO. 3:24cv01126(MPS) |
|     *Plaintiff* | : | |
| v. | : | |
| | : | |
| THE HONORABLE RICHARD N. PALMER, CHAIRPERSON OF THE CONNECTICUT PUBLIC DEFENDER SERVICES COMMISSION, IN HIS OFFICIAL and INDIVIDUAL CAPACITY, HONORABLE SHEILA M. PRATS, MEMBER OF THE CONNECTICUT PUBLIC DEFENDER SERVICES COMMISSION, IN HER OFFICIAL and INDIVIDUAL CAPACITY, HONORABLE ELLIOT N. SOLOMON MEMBER OF THE CONNECTICUT PUBLIC DEFENDER SERVICES COMMISSION, IN HIS OFFICIAL and INDIVIDUAL CAPACITY, HONORABLE RUSSELL MORIN, MEMBER OF THE CONNECTICUT PUBLIC DEFENDER SERVICES COMMISSION, IN HER OFFICIAL and INDIVIDUAL CAPACITY, MICHAEL JEFFERSON, ESQ., MEMBER OF THE CONNECTICUT PUBLIC DEFENDER SERVICES COMMISSION, IN HER OFFICIAL and INDIVIDUAL CAPACITY, HERMAN WOODARD, ESQ., MEMBER OF THE CONNECTICUT PUBLIC DEFENDER SERVICES COMMISSION, IN HER OFFICIAL and INDIVIDUAL CAPACITY, | : | |
|     *Defendants* | : | September 27, 2024 |

## **DEFENDANTS' MOTION TO DISMISS**

The Plaintiff, TaShun Bowden-Lewis, brought this action against the individual members of the State of Connecticut Public Defender Services Commission ("Commission") in their individual and official capacities: Hon. Richard N. Palmer, Hon. Sheila M. Prats, Hon. Elliot N. Solomon, Hon. Russell Morin, Michael Jefferson, Esq., and Herman Woodard, Esq.

1

("Defendants").  The Plaintiff's claims arise out of the Commission's removal of the Plaintiff from the position of Chief Public Defender and the events leading up to the removal of Plaintiff from that position.  Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), the Defendants hereby move to dismiss the Plaintiff's Complaint dated June 28, 2024 in its entirety. (Doc. #1). The Complaint should be dismissed in its entirety for the following reasons:

- Count One - Plaintiff's Equal Protection claim alleging discrimination due to her race/color brought pursuant to 42 U.S.C § 1981 and 42 U.S.C § 1983 must be dismissed because:
  o The Plaintiff has failed to plead a plausible race/color discrimination claim
  o The Plaintiff has failed to plead personal involvement by each Defendant
  o The Defendants are entitled to Qualified Immunity

- Count Two - Plaintiff's Equal Protection claim alleging retaliation pursuant to 42 U.S.C § 1981 and 42 U.S.C § 1983 must be dismissed because:
  o There is no cause of action for retaliation in violation of the Equal Protection clause
  o The Plaintiff has failed to plead a plausible retaliation claim pursuant to § 1981
  o The Plaintiff has failed to plead personal involvement by each Defendant
  o The Defendants are entitled to Qualified Immunity

- Count Three - Plaintiff's Procedural Due Process claim brought pursuant to 42 U.S.C § 1981 and 42 U.S.C § 1983 must be dismissed because:
  o The Plaintiff has failed to plead a plausible procedural due process claim
  o The Plaintiff has failed to plead personal involvement by each Defendant
  o The Defendants are entitled to Qualified Immunity

- Count Four - Plaintiff's claim of violation of Conn. Gen. Stat. § 51-290a must be dismissed because:
  o There is No Private Right Of Action Authorized by Conn. Gen. Stat. §51-290(d)
  o This Court Has No Subject Matter Jurisdiction Over The Conn. Gen. Stat. §51-290(d) Claims Because These Claims Are Barred By Sovereign Immunity And Eleventh Amendment Immunity

Pursuant to Local Rule 7(c), the Defendant submits a Memorandum of Law in Support of its Motion to Dismiss.

WHEREFORE, the Defendant, respectfully requests that this Motion be granted.

DEFENDANTS

THE HONORABLE RICHARD N. PALMER, CHAIRPERSON OF THE CONNECTICUT PUBLIC DEFENDER SERVICES COMMISSION, IN HIS OFFICIAL and INDIVIDUAL CAPACITY, HONORABLE SHEILA M. PRATS, MEMBER OF THE CONNECTICUT PUBLIC DEFENDER SERVICES COMMISSION, IN HER OFFICIAL and INDIVIDUAL CAPACITY, HONORABLE ELLIOT N. SOLOMON MEMBER OF THE CONNECTICUT PUBLIC DEFENDER SERVICES COMMISSION, IN HIS OFFICIAL and INDIVIDUAL CAPACITY, HONORABLE RUSSELL MORIN, MEMBER OF THE CONNECTICUT PUBLIC DEFENDER SERVICES COMMISSION, IN HER OFFICIAL and INDIVIDUAL CAPACITY, MICHAEL JEFFERSON, ESQ., MEMBER OF THE CONNECTICUT PUBLIC DEFENDER SERVICES COMMISSION, IN HER OFFICIAL and INDIVIDUAL CAPACITY, HERMAN WOODARD, ESQ., MEMBER OF THE CONNECTICUT PUBLIC DEFENDER SERVICES COMMISSION, IN HER OFFICIAL and INDIVIDUAL CAPACITY,

WILLIAM TONG
ATTORNEY GENERAL

By: /s/ *Colleen B. Valentine*
Colleen B. Valentine
Assistant Attorney General
Employment Section
165 Capitol Avenue, Suite 5000
Hartford, CT 06106
Tel:  (860) 808-5340
Fax: (860) 808-5383
E-mail: Colleen.Valentine@ct.gov
Federal Bar # ct28932

## **CERTIFICATION**

      I hereby certify that on September 27, 2024, a copy of the foregoing was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                  /s/ *Colleen B. Valentine*
                                                  Colleen B. Valentine (# ct28932)
                                                  Assistant Attorney General