UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TASHUN BOWDEN-LEWIS,<br>    *Plaintiff*<br>v.<br><br>THE HONORABLE RICHARD N. PALMER,<br>CHAIRPERSON OF THE CONNECTICUT PUBLIC<br>DEFENDER SERVICES COMMISSION, IN HIS<br>OFFICIAL and INDIVIDUAL CAPACITY, HONORABLE<br>SHEILA M. PRATS, MEMBER OF THE CONNECTICUT<br>PUBLIC DEFENDER SERVICES COMMISSION, IN HER<br>OFFICIAL and INDIVIDUAL CAPACITY,HONORABLE<br>ELLIOT N. SOLOMON MEMBER OF THE<br>CONNECTICUT PUBLIC DEFENDER SERVICES<br>COMMISSION, IN HIS OFFICIAL and INDIVIDUAL<br>CAPACITY, HONORABLE RUSSELL MORIN, MEMBER<br>OF THE CONNECTICUT PUBLIC DEFENDER<br>SERVICES COMMISSION, IN HIS OFFICIAL and<br>INDIVIDUAL CAPACITY, MICHAEL JEFFERSON, ESQ.,<br>MEMBER OF THE CONNECTICUT PUBLIC DEFENDER<br>SERVICES COMMISSION, IN HIS OFFICIAL and<br>INDIVIDUAL CAPACITY, HERMAN WOODARD, ESQ.,<br>MEMBER OF THE CONNECTICUT PUBLICDEFENDER<br>SERVICES COMMISSION, IN HIS OFFICIAL and<br>INDIVIDUAL CAPACITY,<br>    *Defendants* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NO. 3:24cv01126(VAB)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>April 28, 2025 |

## JOINT STATUS REPORT

Pursuant to Judge Michael P. Shea's September 17, 2024 (Doc. #20) Order requiring the parties to file a Joint Status Report on or before April 28, 2025, the parties submit the following:

**(a)    STATUS OF THE CASE**

Plaintiff filed her Complaint in this matter on June 28, 2024 (Doc. #1). Plaintiff also has three related pending matters; one in Connecticut Superior Court, *Bowden-Lewis v. Public Defender Services Commission*, Docket No. HHB-CV24-6087853-S, one before the Connecticut Commission on Human Rights and Opportunities, *Bowden-Lewis v. Public Defender Services Commission,* CHRO #2510016, and one before the Connecticut Freedom of Information Commission *Bowden-Lewis v. Public Defender Services*

1

*Commission,* FIC 2024-0353. A fully dispositive Motion to Dismiss was filed in this matter on September 27, 2024 (Doc. #21). Plaintiff's Opposition was filed on October 10, 2024 (Doc. # 25). Defendants' Reply was filed November 14, 2024 (#29). Plaintiff's Sur Reply was filed on November 22, 2024 (Doc. #33). This motion is currently pending.

A Motion to Stay Discovery pending the outcome of the Motion to Dismiss was filed April 14, 2025 and was granted on April 15, 2025 (Docs. #36, 37). Should any part of this matter survive the Motion to Dismiss, the parties will propose new deadlines. The Defendants intend to file a Motion for Summary Judgment should any part of this matter survive the Motion to Dismiss.

**Written Discovery**

The parties confirm that discovery in this matter has not yet commenced. A Motion to Stay Discovery was filed April 14, 2025 and was granted on April 15, 2025 (Docs. #36, 37). The parties will propose new discovery deadlines should any part of this matter survive the Motion to Dismiss.

**Depositions**

Depositions have not been noticed by either party at this time.

(b)   **INTEREST IN SETTLEMENT**

The parties have engaged in global settlement discussions in the context of the companion matter presenting pending at the Connecticut Commission on Human Rights and Opportunities. The parties did not resolve the four outstanding matters at that time. The parties are interested in exploring global settlement discussions further following the resolution of the motions to dismiss.

(c)   **TRIAL WITH MAGISTRATE JUDGE**

The parties do not consent to a trial before a Magistrate Judge.

(d)   **ESTIMATED TRIAL LENGTH**

At this time, it is unclear to either the Plaintiff or the Defendants how long a trial in this matter will take.

PLAINTIFF,

TASHUN BOWDEN-LEWIS

By:    /s/ Thomas W. Bucci, Esq.
Thomas W. Bucci, Esq
Willinger, Willinger & Bucci, P.C.
1000 Bridgeport Avenue,5th fl Ste 501
Shelton, CT 06484
Tel. : (203) 366-3939
Fax. : (475) 269-2907
Email : thomaswbucci@outlook.com
Federal Bar # ct07805


DEFENDANTS,

THE HONORABLE RICHARD N. PALMER,
CHAIRPERSON OF THE CONNECTICUT
PUBLIC DEFENDER SERVICES COMMISSION,
IN HIS OFFICIAL and INDIVIDUAL
CAPACITY, HONORABLE SHEILA M. PRATS,
MEMBER OF THE CONNECTICUT PUBLIC
DEFENDER SERVICES COMMISSION, IN HER
OFFICIAL and INDIVIDUAL CAPACITY,
HONORABLE ELLIOT N. SOLOMON MEMBER
OF THE CONNECTICUT PUBLIC         DEFENDER
SERVICES COMMISSION, IN HIS OFFICIAL
and INDIVIDUAL CAPACITY, HONORABLE
RUSSELL MORIN, MEMBER OF THE
CONNECTICUT PUBLIC DEFENDER
SERVICES COMMISSION, IN HER OFFICIAL
and INDIVIDUAL CAPACITY, MICHAEL
JEFFERSON, ESQ., MEMBER OF THE
CONNECTICUT PUBLIC DEFENDER
SERVICES COMMISSION, IN HER OFFICIAL
and INDIVIDUAL CAPACITY, HERMAN
WOODARD, ESQ., MEMBER OF THE
CONNECTICUT PUBLIC DEFENDER
SERVICES COMMISSION, IN HER OFFICIAL
and INDIVIDUAL CAPACITY,


WILLIAM TONG
ATTORNEY GENERAL

By:    /s/ *Colleen B. Valentine*
Colleen B. Valentine
Deputy Associate Attorney General
Employment Section
165 Capitol Avenue, Suite 5000
Hartford, CT 06106
Tel: (860) 808-5340
Fax: (860) 808-5383
E-mail: Colleen.Valentine@ct.gov
Federal Bar # ct28932

## CERTIFICATION

I hereby certify that on April 28, 2025, a copy of the foregoing was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Colleen B. Valentine*
Colleen B. Valentine (# ct28932)
Deputy Associate Attorney General